**Order entered July 5, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00667-CV

**BASIC ENERGY SERVICES, L.P., Appellant**

**V.**

**EXCO RESOURCES, INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07735-E**

## ORDER

We **GRANT** appellant's July 1, 2016 unopposed motion for an extension of time to file a

reply brief and extend the time to **AUGUST 11, 2016**.


/s/     CRAIG STODDART
          JUSTICE